UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| C.T.C.,<br><br>                    Plaintiff,<br><br>          v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | Case No.  25-cv-09275-SVK<br><br>**JUDGMENT** |

On June 10, 2026, the Court reversed the decision of the Commissioner and ordered remand for further proceedings.  Pursuant to Fed. R. Civ. P. 58, the Court hereby enters judgment in favor of Plaintiff and against Defendant Commissioner of Social Security.  The Clerk of Court shall close the file in this matter.

**SO ORDERED.**

Dated: June 10, 2026

_____
SUSAN VAN KEULEN
United States Magistrate Judge