ANNE M. SU, SBN 297985
LAW FOUNDATION OF SILICON VALLEY
4 North Second St., Suite 1300
San Jose, CA 95113
Phone/Fax: (408) 886-3851
anne.suanderson@lawfoundation.org

Attorney for Plaintiff

Social Security Administration
MICHAEL MARRIOT
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 510-970-4836
Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C.T.,

Plaintiff,

v.

Commissioner of Social Security,

Defendant.

CIVIL NO. 5:25-cv-9275-SVK

STIPULATION TO PLAINTIFF'S AWARD OF ATTORNEY'S FEES AND COSTS AND PROPOSED ORDER

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of THREE THOUSAND SIX HUNDRED DOLLARS ($3,600). This amount represents compensation for

all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of THREE THOUSAND SIX HUNDRED ($3,600) in EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees, expenses, and/or costs in connection with this action.

After this Court issues an order for EAJA fees to Plaintiff, the Commissioner will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. The ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program and the Commissioner will determine whether the fees are subject to an offset. See Astrue v. Ratliff, 560 U.S. 586, 598 (2010). Any payment shall be made payable to Plaintiff, but if the Department of Treasury determines that Plaintiff does not owe a Federal debt, then the Commissioner shall cause the payment of fees and costs to be made directly to Plaintiff assignment executed by Mr. C.T. (attached). Payment shall be paid by check or certified funds and addressed to the following:

Law Foundation of Silicon Valley
4 North Second Street, Suite 1300
San Jose CA 95113

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406 (b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: August 14, 2026

/S/ *Anne M. Su*

ANNE M. SU
Attorney for Plaintiff C.T.

Dated: August 14, 2026

/S/ *Michael Marriot*

MICHAEL MARRIOT
Special Assistant United States Attorney
* by email authorization on August 14, 2026

Attorneys for Defendant

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees And Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of THREE THOUSAND SIX HUNDRED DOLLARS ($3,600), as authorized by 28 U.S.C. §§ 1920, 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: August 19, 2026

Susan van Keulen

THE HON. SUSAN VAN KEULEN
United States Magistrate Judge